FILED

2018 AUG 17 PM 2: 54

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 1:18 CR 473 |
| v. ) | Title 18, Section 875(c), |
| ) | United States Code |
| JASON DAVON STOVALL, ) | JUDGE ADAMS |
| Defendant. ) | |

COUNT 1
(Interstate Communications, in violation of 18 U.S.C. § 875(c))

The Grand Jury charges:

On or about June 28, 2018 through July 7, 2018, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant JASON DAVON STOVALL, knowingly transmitted in interstate and foreign commerce a communication, and the communication contained a threat to injure the person of another, to wit: a post on social media to kill Victim #1, whose identity is known to the Grand Jury, in violation of Title 18, Section 875(c), United States Code.

COUNT 2
(Interstate Communications, in violation of 18 U.S.C. § 875(c))

The Grand Jury further charges:

On or about June 28, 2018 through July 7, 2018, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant JASON DAVON STOVALL, knowingly transmitted in interstate and foreign commerce a communication, and the communication contained a threat to injure the person of another, to wit: a post on social media to kill Victim #2, whose identity is known to the Grand Jury, in violation of Title 18, Section 875(c), United States Code.

<u>COUNT 3</u>
(Interstate Communications, in violation of 18 U.S.C. § 875(c))

The Grand Jury further charges:

On or about June 28, 2018 through July 7, 2018, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant JASON DAVON STOVALL, knowingly transmitted in interstate and foreign commerce a communication, and the communication contained a threat to injure the person of another, to wit: a post on social media to kill Victim #3, whose identity is known to the Grand Jury, in violation of Title 18, Section 875(c), United States Code.

<u>COUNT 4</u>
(Interstate Communications, in violation of 18 U.S.C. § 875(c))

The Grand Jury further charges:

On or about June 28, 2018 through July 7, 2018, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant JASON DAVON STOVALL, knowingly transmitted in interstate and foreign commerce a communication, and the communication contained a threat to injure the person of another, to wit: a post on social media to kill Victim #4, whose identity is known to the Grand Jury, in violation of Title 18, Section 875(c), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.